PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH STODDARD, | ) | |
| | ) | CASE NO.  4:21CV1080 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| URSA MAJOR | ) | |
| CORPORATION, *etc.*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The Court was informed by the Non-document Order, dated March 8, 2022, that the

parties settled this case the day after the mediation conference conducted by Magistrate Judge

Amanda M. Knapp.  Therefore, the docket shall be marked "settled and dismissed without

prejudice."

On or before April 7, 2022, the parties shall submit a proposed and executed Stipulation

of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

  March 8, 2022          */s/ Benita Y. Pearson*
Date                              Benita Y. Pearson
                                      United States District Judge